## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| **Plaintiff,** | **Crim. No.: 21-20606** |
| | **Honorable Gershwin A. Drain** |
| **v.** | **Magistrate Judge Anthony P. Patti** |

**DONALD LEE CUMMINGS,**

       **Defendant.**

## ORDER OF DETENTION PENDING SUPERVISED RELEASE HEARING

On July 29, 2024, the defendant was brought before the Undersigned judicial officer for a detention hearing, pending his supervised release violation (SRV) hearing before Judge Gershwin A. Drain on August 1, 2024 and also in conjunction with a new criminal complaint brough against him for being a felon in possession of a firearm in Case No. 24-30296.  The Undersigned ordered detention on the new complaint. After placing its reasoning on the record, including the Court's analysis of the 18 U.S.C. 3142(g) factors, all of which is hereby incorporated by this reference as though fully restated herein, the Court finds, pursuant to Rule 32.1(a)(6), that Defendant has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of other persons in the community if released.  The evidence proffered by the Government shows that since his release from prison 14 months ago, and while on supervision, as discussed at today's

detention hearing in the instant case (all of the Court's reasoning being incorporated in full by this reference), Defendant has been picked up with a gun in connection with a property theft transaction, during which he fled from police.  The gun was also seen in his hand on video and is connected with a shooting that occurred six days earlier.  In a jail cell call this past weekend, Defendant told his girlfriend that "People are safer when I'm locked up." Defendant's criminal behavior is undeterred and escalating. He had no legitimate job until immediately before his arrest. Accordingly, the defendant is placed in the custody of the United States Marshal Service and hereby **DETAINED** until Judge Drain considers his supervised release charges.

**IT IS SO ORDERED.**

Dated: July 30, 2024
Detroit, Michigan

ANTHONY P. PATTI
United States Magistrate Judge